**Joseph JOHNSON, Jr., Plaintiff–Appellant,**

v.

**C.D. LARSEN, Warden; Ronald J. Angelone; W.P. Rogers, Regional Director; C. Wallace; J. Townsend; J. Berry, Sergeant; S. Harris; R. White-**

head, Captain; D. Newcomb, Sergeant; R. Jennings, Sergeant; R. Martin, Lieutenant; D. Graham; L. Ford, Correctional Officer; B. Boise, Correctional Officer; W. Harvey, Sergeant; D. Ingram; S. Hailey; G. Cook; W. Griffin, Sergeant; G. Graham, Defendants–Appellees.

No. 01–6049.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 27, 2001.

Joseph Johnson, Jr., Pro Se. Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Joseph Johnson, Jr., seeks to appeal the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint, denying his motion for reconsideration, and denying various preliminary motions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we dismiss the appeal as frivolous on the reasoning of the district court. *Johnson v. Larsen,* No. CA–99–582 (E.D. Va. Apr. 5, 2000; Apr. 25, 2000; July 7, 2000; Aug. 4, 2000; Nov. 29, 2000; Aug. 15, 2001). We deny Johnson's petition for writ of mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*